MAJOR BYRD, Appellant, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Respondent, et al., Defendants.

Submitted January 5, 1953; decided January 21, 1953.

Motion for reargument or, in the alternative, to amend the remittitur denied, with $10 costs and necessary printing disbursements. [See 304 N. Y. 769.]